

**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*John S. Crosby*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          main: (973) 645-2700
*Newark, NJ 07102*                     direct:(973) 353-6023
*john.crosby@usdoj.gov*

June 9, 2026

**Via ECF**
Honorable Jamel K. Semper, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**SO ORDERED**

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper,
U.S.D.J.**

      **Re:**   ***Pereira De Souza v. Thompson, et al.*, No. 26-02783 (JKS)**
             **Extension Request on Consent**

Dear Judge Semper:

      This Office represents Defendants in the above-referenced immigration matter. We write with the consent of Plaintiff's counsel, Alexandra Minogue, Esq., to request a 60-day extension of time, until August 8, 2026, to respond to the complaint, ECF No. 1.

      We respectfully submit that good cause exists for this extension request. During this period, United States Citizenship and Immigration Services will endeavor to moot the action by adjudicating the relevant immigration application.

      If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

                Respectfully submitted,

                ROBERT FRAZER
                United States Attorney

      By:   */s/ John S. Crosby*
             JOHN S. CROSBY
             Assistant United States Attorney
             *Attorneys for Defendants*

cc:      Counsel of record (via ECF)